**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6005**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JONATHON CRAIG SINGLETON,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Chief District Judge.  (1:05-cr-00030-jpj-pms-2)

Submitted:  September 30, 2008        Decided:  October 20, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathon Craig Singleton, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathon Craig Singleton appeals the district court's order denying his motion to amend his fine payment schedule pursuant to 18 U.S.C. § 3572(d)(3) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. Singleton, No. 1:05-cr-00030-jpj-pms-2 (W.D. Va. Oct. 19, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED